STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.3765   AND FILED ON   4/21/2008

RICHARD GOLDRING, ET AL

Vs.

CITY OF NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) 
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **5/6/2008** at **3:51PM**, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
CITY OF NEW YORK
At Location: 100 CHURCH STREET
NEW YORK NY 10007

(herein called recipient) therein named.

By delivering to and leaving with **ANGELA GONZALEZ** and that deponent knew the person so served to be the **CLERK** of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: BROWN   Color of Hair: BLACK
Age: 27   Height: 5'6"
Weight: 136   Other Features: GLASSES

Sworn to before me on 5/8/2008

Eric Averbach
Server's License#: 918927

2010